UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LARRY SHARP                                    CIVIL ACTION NO. 08-cv-0989-P

VERSUS                                         JUDGE S. MAURICE HICKS, JR.

WARDEN, LOUISIANA STATE                        MAGISTRATE JUDGE HORNSBY
PENITENTIARY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of September, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE